```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 14729
   ARGUSTIA HILL JR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6303


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/09/2008 and was confirmed 09/08/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was dismissed after confirmation 11/17/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
   CHASE MANHATTAN MTG CORP CURRENT MORTG          .00             .00             .00
   CHASE MANHATTAN MTG CORP MORTGAGE ARRE    11730.09             .00             .00
   CREDIT ACCEPTANCE CORP   SECURED VEHIC   14043.00           70.54          554.46
   CREDIT ACCEPTANCE CORP   UNSECURED       NOT FILED             .00             .00
   FORAN MOTOR CO           SECURED VEHIC    4000.00           19.64          288.36
   JEFFERSON CAPITAL SYSTEM UNSECURED         461.02              .00             .00
   LVNV FUNDING             UNSECURED         291.85              .00             .00
   IQ TELECOM               UNSECURED       NOT FILED             .00             .00
   JEFFERSON CAPITAL SYSTEM UNSECURED         858.79              .00             .00
   NICOR GAS                UNSECURED        2202.04              .00             .00
   NUMARK CREDIT UNION      UNSECURED       NOT FILED             .00             .00
   PEOPLES GAS LIGHT & COKE UNSECURED        1122.55              .00             .00
   PORTFOLIO RECOVERY ASSOC UNSECURED         659.70              .00             .00
   VILLAGE OF RICHTON PARK  UNSECURED       NOT FILED             .00             .00
   VILLAGE OF RICHTON PARK  UNSECURED        1340.00              .00             .00
   RWDS660 DSB              UNSECURED       NOT FILED             .00             .00
   RWDS660 DSB              UNSECURED       NOT FILED             .00             .00
   CHASE HOME FINANCE LLC   MORTGAGE NOTI   NOT FILED             .00             .00
   B-REAL LLC               UNSECURED         870.35              .00             .00
   JEFFERSON CAPITAL SYSTEM UNSECURED        1847.09              .00             .00
   CITIFINANCIAL AUTO CREDI UNSECURED       24346.05              .00             .00
   LVNV FUNDING             UNSECURED         576.00              .00             .00
   PRA RECEIVABLES MGMT     UNSECURED         493.77              .00             .00
   ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,491.50                          963.94
   TOM VAUGHN               TRUSTEE                                            154.00
   DEBTOR REFUND            REFUND                                             599.08

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE                2,650.02

                   PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 14729 ARGUSTIA HILL JR
```

```
PRIORITY                                                              .00
SECURED                                                            842.82
     INTEREST                                                       90.18
UNSECURED                                                             .00
ADMINISTRATIVE                                                     963.94
TRUSTEE COMPENSATION                                               154.00
DEBTOR REFUND                                                      599.08
                                      ---------------    ---------------
TOTALS                                       2,650.02           2,650.02
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 02/24/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE